IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICKY J. KANTA                                                                      PLAINTIFF

v.                              Case No. 3:12-CV-03155

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                       DEFENDANT

## ORDER

       The Court has received proposed findings and recommendations (Doc. 11) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

       **IT IS SO ORDERED** this 20th day of August, 2013.

                                                     /s/ P. K. Holmes, III
                                                    P.K. HOLMES, III
                                                    CHIEF U.S. DISTRICT JUDGE